

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00295-CR

| | | |
|---|---|---|
| DAVID THAMES A/K/A DAVID THOMAS, Appellant | § | On Appeal from the 158th District Court |
| | § | of Denton County (F15-1315-158) |
| V. | § | January 17, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel